# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 17-61-1 |
| ROBERT THORN, JR. | |

## O R D E R

**AND NOW**, this 19th day of October, 2017, upon consideration of the United States of America's Sentencing Memorandum (ECF No. 47), Defendant Robert Thorn, Jr.'s Sentencing Memorandum and Request for Downward Variance (ECF No. 48), and defendant Robert Thorn, Jr.'s Supplemental Sentencing Memorandum (ECF No. 52), **IT IS ORDERED** that defendant Robert Thorn, Jr.'s request for a downward variance is **GRANTED**. Defendant Robert Thorn, Jr. shall sentenced pursuant to a base offense level of **20** as provided by the United States Sentencing Guidelines. U.S.S.G. § 2K2.1(a)(4)(B).

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**